EXHIBIT B

## IMMIGRATION SERVICE AGREEMENT

This Immigration Service Agreement (the "Agreement") is made and entered into this 3rd day of MARCH, 2021, by and between:

**INFINITY CARE PARTNERS, LLC.**, a duly registered company with a mailing address at Suite 211 4009 Hillsboro Pike, Nashville, Tennessee, U.S.A., herein represented by its Vice-President, SIMON JOHN T. COROCOTO, herein known as the **Company.**

- and -

NERISSA ABRAZALDO PRECIOSO, a Filipino Professional of legal age with mailing address at 2181 ONYX ST. SAN ANDRES BUKID, MANILA CITY, herein known as the **Candidate.**

The **Company** and the **Candidate** will be referred to collectively as the "**Parties**".

### WITNESSETH:

**WHEREAS** the **Company** is in the business of U.S. Immigration Services and Placement of foreign nationals into the United States of America.

**WHEREAS** the **Company** wishes to render its services to the **Candidate.**

**WHEREAS** the **Candidate** wishes to retain the services of the **Company.**

**NOW THEREFORE,** for and in consideration of the foregoing premises and mutual covenants herein contained, the **Parties** hereto agree as follows:

1.0 GENERAL PROVISIONS

    1.1 The **Company** offers its U.S. Immigration and Placement Services to the **Candidate** for immigration into the United States of America.

    1.2 The **Company** U.S. Immigration and Placement Services includes but is not limited to the following:
- a. Pre-Screening of the **Candidate**
- b. Immigration Process Orientation
- c. Professional Licensure Process Orientation
- d. Direct Hire Employment Search
- e. Employment Coaching and Preparation
- f. Immigration Application and Processing

1

      g.     Pre-departure Orientation
      h.     Airport Meet and Greet, and U.S. Transition Services

1.3 The **Company** will also offer the following to the **Candidate**:
   a. Paid I-140 Application Fee
   b. Paid Visa Fee Bill
   c. Paid Immigration Lawyer Services
   d. Paid 1st Month Housing upon U.S. Arrival
   e. Paid Airfare to the United States
   f. Reimbursement for the following U.S. Licensure requirements: NCLEX, IELTs, CGFNS VisaScreen, and one State License

## 2.0 COMMITMENT AS CONDITION TO SERVICE AGREEMENT

2.1 The **Candidate** appoints the **Company** as its sole and exclusive agent for U.S. job search and placement for a period of not less than six (6) months. The **Candidate** is automatically released from this Agreement if the **Company** fails to provide a U.S. Company with a Job Offer to the **Candidate** within the same period.

2.2 The **Candidate** commits to the **Company** that he/she is free of any contractual obligations to other third-party companies that will duplicate an I-140 Application; that will cause a denial of an I-140 Petition; that will prevent his/her eventual deployment and immigration into the United States.

2.3 The **Candidate** agrees to comply with all the requirements for immigration and professional licensure in the United States.

2.4 The **Candidate** commits to make all efforts to present documents and comply with all the requirements in an expedited time frame.

2.5 The **Candidate** agrees to notify the Company of any significant change of status such as civil status, pregnancy, change of contact information changes, etc.

2.6 The **Candidate** attests that he/she is of Good Moral Character and has never been convicted of any crimes.

## 3.0 BREACH OF CONTRACT

3.1 In the event that the **Candidate** fails to comply with any of its commitments, and/or terminates/withdraws from the Service Agreement, he/she will be considered in breach of contract.

3.2 Considering that the **Company** have allocated time, money, and effort to provide the services to the **Candidate**; The **Candidate** agrees to pay the **Company** any expenses incurred based on the following stages of the process for time, labor, fees, and other expenses:

| Intake session, review of documents, employment search | USD$ 1,000.00 |
| Interviewed by employer | USD$ 2,000.00 |
| Offer accepted, contract with employer executed | USD$ 3,000.00 |

| Prevailing Wage Determination, I-140 Application Filed | USD$ 5,000.00 |
|---|---|
| Any additional dependents added at a later date of I-140 filing will be a pass-through cost from immigration lawyer fees of USD$ 1,000.00 per dependent ||

### 4.0 TERMINATION

    4.1 The **Company**, at its sole discretion may immediately terminate this Agreement upon the occurrence of any of the following events:
        a. **Candidate** is found guilty of fraud, dishonesty, or any other act of misconduct.
        b. **Candidate** is found to be still in contract with another agency/company in relation to U.S. immigration and Job Placement.
    4.2 The **Candidate** cannot unilaterally terminate or withdraw from this Agreement without reimbursing the **Company** of its expenses based on the schedule stipulated in Section 3.2 of the Agreement.

### 5.0 GOVERNING LAW, COURT COSTS AND ATTORNEY'S FEES

    5.1 This Agreement shall be controlled and governed by the laws of the state of Tennessee and/or the laws of the Philippines. In the event that either party hereto has to enforce its rights hereunder, the prevailing party shall be entitled to recover from the non-prevailing party its reasonable attorney's fees and costs, including its costs and fees on appeal.

### 6.0 ASSIGNABILITY

    6.1 This Agreement, and any and all rights and obligations hereunder, are freely assignable by **Company** without consent of **Candidate**. This Agreement may not be assigned by the Candidate.

### 7.0 ENTIRE AGREEMENT

    7.1 This Agreement constitutes the entire understanding between the parties and no changes, amendments or alterations shall be effective unless agreed to in writing by both parties.



3

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the date first set forth above.

**INFINITY CARE PARTNERS, LLC**

By: _____

Print Name: SIMON JOHN T. COROCOTO

Title: VICE-PRESIDENT

Date: _____

**CANDIDATE**

By: _____

Print Name: NENISSA PRECIOSO

Date: MARCH 3, 2021