

# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: May 16, 2024 1:43PM

Radford Scott LLP
160 Clairemont Avenue
Suite 610
Decatur, GA 30030

| Rcpt. No: 300002950 | | Trans. Date: May 16, 2024 1:43PM | | | Cashier ID: #KC |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #1087 | 05/16/2024 | $150.00 |
| | | | Total Due Prior to Payment: | $150.00 |
| | | | Total Tendered: | $150.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: Daniel Werner 3:24-cv-561

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.